**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

LEVAR LEE SPENCE,                                    :    No. 1 MM 2023
                                                     :
                    Petitioner                       :
                                                     :
                                                     :
                                                     :
                v.                                   :
                                                     :
                                                     :
                                                     :
NORTHUMBERLAND COUNTY COURT OF                       :
COMMON PLEAS, PRESIDENT JUDGE                        :
CHARLES H. SAYLOR, PROTHONOTARY,                     :
JAMIE SALESKI,                                       :
                                                     :
                    Respondents                      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of April, 2023, the Application for Leave to File Original Process is GRANTED. The "Petition to Compel Performance," the "Petition for Speedy Disposition," and the "Petition for Immediate Disposition" are DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.